MODELLA MANUFACTURING COMPANY, Inc., Plaintiff-Appellant,

v.

FAMOUS BATHROBE CO., Inc., Defendant-Appellee.

No. 279, Docket 24358.

United States Court of Appeals
Second Circuit.

Argued March 15, 1957.

Decided May 3, 1957.

Nemeroff, Jelline, Danzig & Paley, New York City (Pern E. Henninger, New York City, of counsel), for plaintiff-appellant.

William R. Liberman, New York City, for defendant-appellee.

Before HINCKS, STEWART and LUMBARD, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of District Judge Cashin, 151 F.Supp. 542.